UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA SALVATO, | : | |
| | : | Case No. 19-cv-2079-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL., | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of January, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 8), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part. The Court **DISMISSES WITHOUT PREJUDICE** Counts I, II, and III of Plaintiff's First Amended Complaint.

Plaintiff may file a Second Amended Complaint consistent with this Order, if desired, on or before **February 3, 2020**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
_____
**Judge John Milton Younge**